FILED
JAN 02 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CRIMINAL NO. 13-30228-DRH ) |
| MARK R. KELLEY, | ) ) |
| Defendant. | ) |

## STIPULATION OF FACTS

Stephen R. Wigginton, United States Attorney for the Southern District of Illinois, and Daniel T. Kapsak, Assistant United States Attorney for said District, herewith enters into the following Stipulation of Facts with the defendant,

1. The Defendant was convicted on August 15, 2011, in the Twentieth Judicial Circuit Court in St. Clair County, Illinois, in Case No. 10-CF-1120, of Indecent Solicitation of a Child. As a result of this conviction, the Defendant was required to register as a sex offender.

2. After registering as a sex offender in Randolph County, Illinois, on July 27, 2012, the Defendant moved to the State of Missouri, where he resided thereafter.

3. The Defendant was required to register as a sex offender in the State of Missouri within three days of his move from Illinois. Likewise, the Defendant was required to update his registration with the State of Illinois at the time of this move. The Defendant knowingly failed to comply with either requirement after traveling in interstate commerce, thus violating the federal Sex Offender Registration and Notification Act (SORNA).

4. The Defendant's violations of SORNA requirements took place, in part, in the Southern District of Illinois

**SO STIPULATED:**

_____  
MARK R. KELLEY  
Defendant

_____  
THOMAS C. GABEL  
Attorney for Defendant

Date: 1/2/14

STEPHEN R. WIGGINTON  
United States Attorney

_____  
DANIEL T. KAPSAK  
Assistant United States Attorney

Date: 1/2/14